March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

ALKEIA BARNES    ,
                     Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22 -CR- 307( JGK  ) (      )

Defendant __Alkeia Barnes_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence


/s/ Alkeia Barnes /msc
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Alkeia Barnes
_____
Print Defendant's Name

/s/ Martin Cohen
_____
Defense Counsel's Signature


Martin Cohen
_____
Print Defense Counsel's Name

, on June 16, 202
This proceeding was conducted by reliable teleconference technology.

6/30/22
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge