**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────

**UNITED STATES OF AMERICA**

      - against -                              **22-cr-307 (JGK)**

**ALKEIA BARNES,**                                   **<u>AMENDED ORDER</u>**

             **Defendant.**
───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The conference scheduled for **September 8, 2022** is adjourned to **November 17, 2022 at 2:30 p.m.**

Because a continuance is needed to assure the effective assistance of counsel, to allow the Government to make discovery, and to allow the defendant to review that discovery and to allow the defendant to review that discovery and to decide what motions, if any, to make, the Court prospectively excludes the time from today, **August 29, 2022,** until **November 17, 2022** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:    New York, New York**
            **August 29, 2022**                     /s/ John G. Koeltl
                                                        **John G. Koeltl**
                                          **United States District Judge**