UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                   22-cr-307 (JGK)

ALKEIA BARNES,                        ORDER

              Defendant.

---

JOHN G. KOELTL, District Judge:

The next conference is scheduled for **January 17, 2023**, at **11:30 a.m.**

Because a continuance is needed to assure the effective assistance of counsel and to allow the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, **November 17, 2022**, until **January 17, 2023**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:    New York, New York
            November 17, 2022

                                          John G. Koeltl
                                     United States District Judge