# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 17, 2023

*By ECF*

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Alkeia Barnes*, 22 Cr. 307 (JGK)

> Application to waive personal appearance granted.
> So ordered.
> J. G. Koeltl
> U.S.D.J.
> 1/17/23

Dear Judge Koeltl:

    I write to respectfully request that the Court waive Ms. Barnes' appearance at today's conference, in which I expect only procedural matters – specifically, setting a motion schedule – to be discussed.

    Ms. Barnes is now working two jobs, and it will be extraordinarily difficult for her to appear this morning given her schedule. (The lateness of the request is solely my fault, as I neglected to ascertain Ms. Barnes availability in a timely manner.)

    In the alternative, I respectfully request that the Court adjourn the conference and reschedule it for either a Monday afternoon or Wednesday morning, which will accommodate Ms. Barnes' schedule. If the Court reschedules the conference, I consent on Ms. Barnes's behalf to the exclusion of time under the Speedy Trial Act.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin Cohen
Assistant Federal Defender
(212) 417-8737