March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

Alkeia Barnes ,

                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22-CR- 307 ( JGK ) (    )

Defendant __Alkeia Barnes_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

/s/ Alkeia Barnes / msc
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Alkeia Barnes
Print Defendant's Name

/s/ Martin Cohen
Defense Counsel's Signature

Martin Cohen
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

1/17/23
Date

[signature]
U.S. District Judge/~~U.S. Magistrate Judge~~