UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                  22-cr-307 (JGK)

ALKEIA BARNES,                    ORDER

             Defendant.

---

JOHN G. KOELTL, District Judge:

    As discussed at the teleconference held today, all pre-trial motions are due by **February 3, 2023**. Responses are due by **February 24, 2023**. Replies are due by **March 6, 2023**.

    The next pre-trial conference is scheduled for **March 23, 2023 at 11:00 a.m.** The Government should advise the Court with respect to 404(b) evidence by **April 7, 2023**. Any requests to charge, voir dire, and motions in limine are due by **April 21, 2023**. Responses are objections are due by **April 28, 2023**.

    The final pre-trial conference is scheduled for **May 10, 2023 at 2:00 p.m.** The trial date is set for **May 15, 2023 at 9:00 a.m.**

SO ORDERED.

Dated:    New York, New York
            January 17, 2023

                                              John G. Koeltl
                                       United States District Judge