# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 5, 2023

*By ECF and e-mail*

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Handwritten: ADJOURNED TO TUESDAY, SEPTEMBER 19, 2023 AT 2:30PM. SO ORDERED. /s/ JGK 7/5/23*

Re:     *United States v. Alkeia Barnes*, 22 Cr. 307 (JGK)

Dear Judge Koeltl:

    I write on consent (Assistant U.S. Attorney Jane Kim) to respectfully request that the Court adjourn the sentencing scheduled for July 27, 2023 for a later date convenient for the Court. The reason for the request is that I will be out the office during the week of July 24, 2023.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender (212) 417-8737

cc:     Jane Kim, Esq., by ECF