UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
:
UNITED STATES OF AMERICA
:   CONSENT PRELIMINARY ORDER
- v. -                              OF FORFEITURE/
:   MONEY JUDGMENT
ALKEIA BARNES,
:   S1 22 Cr. 307 (JGK)
        Defendant.
:
---------------------------------- x

      WHEREAS, on or about March 20, 2023, ALKEIA BARNES (the "Defendant"), was charged in a one-count Information, S1 22 Cr. 307 (JGK) (the "Information"), with making false statements, in violation of 18 U.S.C. § 1001;

      WHEREAS, on or about March 20, 2023, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted to and agreed that she received and accepted approximately $7,500 (the "Forfeiture Amount") in payments from an inmate at Rikers and the inmate's associate, and agreed to forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), a sum of money equal to $7,500 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Information,

      WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $7,500 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained; and

      WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Jane Kim of counsel, and the Defendant, and her counsel, Martin Cohen, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $7,500 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, ALKEIA BARNES, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[THIS PORTION OF THE PAGE HAS BEEN INTENTIONALLY OMITTED]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          10/11/23
    JANE KIM                                  DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2038


ALKEIA BARNES

By: _____          10/11/2023
    ALKEIA BARNES                            DATE

By: _____          10/11/2023
    MARTIN COHEN, ESQ.                       DATE


SO ORDERED:

_____              10/11/23
HONORABLE JOHN G. KOELTL                    DATE
UNITED STATES DISTRICT JUDGE