# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 24, 2025

*By ECF*

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
6/24/25

Re:   *United States v. Alkeia Barnes*, 22 Cr. 307 (JGK)

Dear Judge Koeltl:

I write on consent (U.S. Probation Officer Cameron Peters and Assistant U.S. Attorney Jane Kim) to respectfully request that the Court modify Ms. Barnes' conditions of probation to permit her to travel to Bermuda on July 6, 2025 to celebrate her mother's birthday.

Ms. Barnes was sentenced on October 11, 2023 to a term of two years' probation. Ms. Barnes has been wholly compliant with all of the conditions of supervision, and has provided her travel itinerary to the Probation Office.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin Cohen
Assistant Federal Defender
(646) 588-8317

cc.   Jane Kim, Esq., by ECF
      Cameron Peters, U.S. Probation Officer, by e-mail